%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

George Hayes and Justin Hayes

V.

City of New York, Richard Turk, and John and Jane Does 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6387**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

See attached rider

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    JUL 1 3 2007

CLERK                                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 24, 2007 at 11:19 AM |
| NAME OF SERVER (PRINT) | TITLE |
| Anderson Chan | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Left with Authorized legal clerk, Madelyn Santana F, BR, BK, 40, 5'6, 120

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 24, 2007

Signature of Server: Anderson Chan - 1220482

Address of Server: 1682 64th Street Brooklyn, NY 11204

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Rider

<u>George Hayes and Justin Hayes v. City of New York, et al.</u>

City of New York
Corporation Counsel's Office
100 Church Street
New York, NY 10007

Richard Turk (Shield No. 7122)
c/o NYPD
Drug Enforcement Task Force
1 Police Plaza, Rm. 1100
NY, NY 10007