%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

George Hayes and Justin Hayes

V.

City of New York, Richard Turk, and John and Jane Does 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6387**

TO: (Name and address of Defendant)

See attached rider

**JUDGE CASTEL**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    JUL 1 3 2007

CLERK                                                              DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 7/30/07 |
| NAME OF SERVER (PRINT) Anderson Chan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NYPD Drug Enforcement Task Force, 1 Police Plaza, Room 1100, New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Ms. Velez, co-worker to the deft. F/Br/Br/26/5'8"/140

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/31/07
Date

Signature of Server
Anderson Chan - Lic # 1220182

315 Broadway, 3d Fl. NY, NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

J. MICHAEL McMAHON

## Rider

### George Hayes and Justin Hayes v. City of New York, et al.

City of New York
Corporation Counsel's Office
100 Church Street
New York, NY 10007

Richard Turk (Shield No. 7122)
c/o NYPD
Drug Enforcement Task Force
1 Police Plaza, Rm. 1100
NY, NY 10007