LEVENTHAL & KLEIN
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ALISON E. GUGEL



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

60 Bay Street, Suite 701
STATEN ISLAND, NY 10301

**MEMO ENDORSED**

November 16, 2007

Application granted.
SO ORDERED
[signature] USDJ
11-16-07

BY FACSIMILE WITH PERMISSION

Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007
Facsimile No.: 212-805-7949

Re: *George Hayes et al. v. City of New York et al.*, 07 CV 6387 (PKC)

Your Honor:

I represent the plaintiffs in the above-referenced civil rights action. This letter is written to respectfully request a brief extension of time for plaintiffs to amend their pleadings from November 16, 2007 to December 16, 2007. This request is made with the consent of defendants' counsel, Ms. Sarah Evans.

As Your Honor may recall, plaintiffs allege that on June 3, 2005, members of the New York City Police Department entered plaintiffs' apartment and falsely arrested and assaulted and battered plaintiffs. Furthermore, plaintiffs allege that the NYPD officers caused plaintiffs to be falsely arrested and subjected to malicious criminal proceedings until all charges were dismissed and sealed as to both plaintiffs on May 8, 2006.

Defendants have recently provided documents that set forth the names of over eleven officers, and reference as yet unidentified Manhattan South Narcotics Division Squads. However, other than Detective Turk, who is already a party to this action, we cannot ascertain from the documents who, if any, other officers were directly involved in plaintiffs' arrests and the use of force on plaintiffs. Therefore, we have conferred with Assistant Corporation Counsel Sarah Evans, who has indicated that she will assist us in confirming which officers were directly involved in the incident.

For the foregoing reasons, plaintiffs respectfully request that their time to amend the complaint be extended to December 16, 2007 so that the parties can resolve this issue amongst themselves and so that the proper parties can be added to the case.

Thank you for your consideration.

Respectfully submitted,

*Brett Klein*

Brett H. Klein (BK4744)

cc:  ACC Sarah Evans
     Fax No.: 212-788-9776