```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
George Hayes and Justin Hayes,    :

              Plaintiffs,         :

      -against-                   :    07 Civ. 6387 (PKC)(MHD)

City of New York et al.,          :

              Defendants.         :
---------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, FEBRUARY 1, 2008 at 2:00 PM**, at which time you are directed to appear in **Courtroom 17D**, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
January 8, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Brett Harris Klein, Esq.
Leventhal & Klein, LLP
45 Main St., Suite 820
Brooklyn, NY 11201

Sarah Beth Evans, Esq.
New York City Law Dep't
Office of the Corporation Counsel
100 Church Street
New York, NY 10007