# LEVENTHAL & KLEIN, LLP
### ATTORNEYS AT LAW
### 45 MAIN STREET, SUITE 230
### BROOKLYN, NY 11201

JASON LEVENTHAL, JR.
BRETT H. KLEIN
ALISON E. GUGEL

T (718) 722-4100
F (718) 522-3225

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/08

February 19, 2008

**BY FAX**

The Honorable Michael H. Dolinger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007
Facsimile No.: 212-805-7928

Re: *George Hayes et al. v. City of New York et al.*, 07 CV 6387 (PKC)

Your Honor:

I represent the plaintiffs in the above-referenced civil rights action. This letter is written to advise the Court of the status of the parties' settlement negotiations.

Early last week, we tendered a counter-demand to the defendants, and heard back from them today with a counter offer. I am taking steps to convey the offer to my clients, and hope to get back to defense counsel in the next day or so.

The parties appreciate the Court's assistance, and seek the Court's guidance as to how best to proceed. One possibility is that we can get back to Ms. Evans, and if there is a gap, perhaps the Court can assist the parties in finalizing an agreement upon notification that a continued conference would be helpful.

I also note that in terms of discovery Judge Castel recently extended discovery to April 18, 2008.

Thank you for your consideration.

Respectfully submitted,

Brett H. Klein

Brett H. Klein

cc: ACC Sarah Evans

*Endorsed Order:*

Plaintiffs' counsel is to provide a written status report by Feb. 26, 2008. At that time we will schedule a follow-up conference if that seems advisable.

[signed] 2/20/08

WWW.LEVKLEIN.COM