AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

George Hayes and Justin Hayes

**SUMMONS IN A CIVIL ACTION**

V.

City of New York, Richard Turk, Wellington Feliz,
Lori Pollock, Kevin Smith, et al.

CASE NUMBER:   07 CV 6387 (PKC)

TO: (Name and address of Defendant)

Lieutenant Wellington Feliz
c/o NYPD 26th Precinct
520 West 126th Street
New York, N.Y. 10027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    DEC 1 4 2007
CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE February 7, 2008 at 5:45 pm |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Michael Harris | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o NYPD 26th Precinct 520 West 126th St. New York, NY 10027

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served upon Sgt. Powers, co-worker of the defendant. M, W, Blk/Gr, 50, 5'10, 185

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 8, 2008
Date

Signature of Server   Michael Harris - 1077447

Address of Server   214 West 140th Street NY, NY 10030

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.