

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SARAH B. EVANS
*Assistant Corporation Counsel*
Tel.: (212) 788-1041
Fax: (212) 788-9776

March 20, 2008

**BY HAND DELIVERY AND ECF**
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>George Hayes, et al. v. City of New York, et al.</u>, 07 CV 6387 (PKC) (MHD)

Your Honor:

    Enclosed please find a STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor endorse the enclosed STIPULATION.

    Thank you for your consideration in this matter.

Respectfully submitted,

Sarah B. Evans
Assistant Corporation Counsel
Special Federal Litigation Division

Enc.

cc:    Brett Klein, Esq. (By ECF)
    Attorney for Plaintiffs
    45 Main Street, Suite 820
    Brooklyn, New York 11201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GEORGE HAYES AND JUSTIN HAYES,

                           Plaintiffs,

-against-

CITY OF NEW YORK, RICHARD TURK, WELLINGTON FELIZ, LORI POLLOCK, KEVIN SMITH, DETECTIVE "JOHN" OLIVER (Shield No. 7710), POLICE OFFICER "JOHN VANCE", POLICE OFFICER "JOHN" BAMBOLINO, and JOHN AND JANE DOES 1 Through 10, individually and in their official capacities, (the names of John and Jane Doe being fictitious, as the true names are presently unknown),

                           Defendants.

----------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 6387 (PKC) (MHD)

      **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about July 13, 2007 and an amended complaint on or about December 14, 2007, alleging that defendants violated their constitutional rights; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiffs' allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **WHEREAS,** plaintiffs have authorized counsel to settle this matter as against defendants on the terms enumerated below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. This above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff George Hayes and plaintiff Justin Hayes, the total sum of NINETY FIVE THOUSAND DOLLARS ($95,000) in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. The settlement monies shall be allocated as follows: GEORGE HAYES, SEVENTY FIVE THOUSAND DOLLARS ($75,000); JUSTIN HAYES, TWENTY THOUSAND DOLLARS ($20,000). In consideration for the payment of this sum, plaintiffs agree to the dismissal of all claims against the City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiffs in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiffs shall execute and deliver to City defendant's attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens or an Affidavit Concerning Liens, which ever applies.

4. Nothing contained herein shall be deemed to be an admission by defendants or the City of New York that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of

New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
_____, 2008

Brett Klein, Esq.
Leventhal and Klein, LLP
Attorney for Plaintiffs
45 Main Street, Suite 820
Brooklyn, NY 11201

By: _____
Brett Klein, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 788-1041

By: _____
Sarah B. Evans
Assistant Corporation Counsel

SO ORDERED:

_____
U.S.D.J.

- 3 -